# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NORMAN NIELSON,** | | |
| **Plaintiff,** | | **8:23CV21** |
| **vs.** | | **ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,**<br>**a Delaware corporation;** | | |
| **Defendant.** | | |

This matter comes before the Court following a telephone conference held with counsel for the parties on July 27, 2023, regarding a discovery dispute.  In accordance with the discussion held on the record,

**IT IS ORDERED:**

1. Defendant shall supplement its answers to interrogatories and produce documents responsive to Plaintiff's Requests for Production of Documents, as agreed by the parties and as ordered by the Court on the record during the July 27, 2023 telephone conference, on or before **August 14, 2023**.

2. Defendant shall produce a privilege log regarding relevant and responsive documents withheld on the basis of work-product or attorney-client privilege contained in the Risk Management File on or before **August 14, 2023**.

Dated this 27th day of July, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge