IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORMAN NIELSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>Defendant. | **8:23CV21**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for all parties. Filing 113. Pursuant to the terms of a Settlement Agreement, the parties stipulate that this matter shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Filing 113 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 113, is accepted, and this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 12th day of November, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1